# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CITY OF PHILADELPHIA | : | No. 169 EAL 2021 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| F.A. REALTY INVESTORS CORP. | : | |
| | : | |
| | : | |
| PETITION OF: AGNES FREMPONG AND | : | |
| STEVE FREMPONG | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.

     Justice Brobson did not participate in the consideration or decision of this matter.